# Supreme Court of Texas

### No. 23-0148

J-W Power Company,

*Petitioner*,

v.

Jack County Appraisal District,

*Respondent*

On Petition for Review from the
Court of Appeals for the Second District of Texas

**PER CURIAM**

Justice Young did not participate in the decision.

The petition for review is granted. Without hearing oral argument, *see* TEX. R. APP. P. 59.1, the court of appeals' judgment is reversed in light of *J-W Power Co. v. Sterling County Appraisal District*, ___ S.W.3d ___, 2024 WL 2869325 (Tex. June 7, 2024). The case is remanded to the court of appeals to consider issues it did not reach.

**OPINION DELIVERED:** June 21, 2024